HURRELL CANTRALL LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 426-2000

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID ZUNIGA, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LOS ANGELES; CHIEF MICHAEL MOORE; JORGE RODRIGUEZ; DANIEL BUNCH; MIGUEL ZENDEJAS; AARON GREEN; JESUS GARCIA; GREGORY SAYERS; and DOES 1 to 10,<br><br>　　　　Defendant. | CASE NO. 2:22-CV-03665-CBM-ASx<br><br>**FINAL JUDGMENT AFTER JURY TRIAL   [JS-6]**<br><br>Assigned to Hon. Consuelo B. Marshall, Courtroom 8D<br><br>Trial Date:　　　October 1, 2024 |

FINAL JUDGMENT AFTER JURY TRIAL

This action was tried on October 1, 2024, in Courtroom 5D of the United States District Court, Central District of California, 350 West First Street, Los Angeles, California 90012. Plaintiff David Zuniga was represented by attorneys Christian Contreras, Esq.; Denisse Gastélum, Esq.; and Selene Estrada-Villela, Esq, of the Law offices of Christian Contreras and Gastélum Law, APC. Defendants City of Los Angeles, Chief Michel Moore, Jorge Rodriguez, Daniel Bunch, Miguel Zendejas, Aaron Green, and Jesus Garcia, were represented by Tom Hurrell, Esq.; Christina Gasparian, Esq.; and Kevin Rashidi, Esq., of Hurrell Cantrall LLP.

A jury of eight persons was empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence, and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury on October 9, 2024. One juror was excused via a joint stipulation by both Parties. On October 10, 2024, the jury continued deliberating and returned a unanimous defense verdict for Defendants on all cause of actions.

**IT IS SO ORDERED.**

Dated: NOVEMBER 7, 2024

_____
Hon. Consuelo B. Marshall
United States District Judge